NUMBER
13-08-00550-CV

 

                                 COURT
OF APPEALS

 

                     THIRTEENTH
DISTRICT OF TEXAS

 

                         CORPUS
CHRISTI - EDINBURG


 



 

ROBERTO J. RUIZ AND
LARI L. RUIZ,                                    Appellants,

 

                                                             v.

 

MAYOR AND COMMISSION
OF 

THE CITY OF
BROWNSVILLE, TEXAS,                                    Appellees.

 



 

                              On
appeal from 404th District Court 

                                      of
Cameron County, Texas.

 



 

                               MEMORANDUM
OPINION

 

                 Before
Chief Justice Valdez and Justices Garza and Vela

Memorandum Opinion
Per Curiam

 








This
case is before the Court on an amended joint motion to reverse and remand the
cause to the trial court for entry of agreed judgment.  The parties have
reached an agreement with regard to the disposition of the matters currently on
appeal.  Pursuant to agreement, the parties request this Court to reverse the
trial court=s judgment and remand this case for entry
of an agreed judgment consistent with the terms of the settlement.  We GRANT
the motion and REVERSE and REMAND this case to the trial court for entry of
judgment in accordance with the settlement agreement.  See Tex. R. App. P. 42.1(a)(2)(B), 43.2(d). 
Any pending motions are dismissed as moot.

Costs
will be taxed against appellants. See Tex.
R. App. P. 42.1(d) ("Absent agreement of the parties, the court
will tax costs against the appellant.").  

 

PER CURIAM

Delivered and filed the 

16th day of December, 2010.